KELLY, Judge.
Roy Rowe challenges the trial court’s order denying his motion to correct illegal sentence filed pursuant to Florida Rule of Criminal Procedure 3.800(a). Rowe argues that his sentence as a habitual felony offender is illegal based on Taylor v. State, 818 So.2d 544 (Fla. 2d DCA 2002).[1] We affirm the decision of the trial court because the statute under which Rowe was sentenced, section 775.084(4)(a)(2), Florida Statutes (2001), was not affected by the amendments contained within chapter 99-188. Rowe is therefore not entitled to relief under Taylor.
Affirmed.
SILBERMAN and COVINGTON, JJ., concur.

. Taylor held that chapter 99-188, Laws of Florida was unconstitutional because it was enacted in violation of the single subject rule.